

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   Case No. SA 15-00230M
                                    )
                Plaintiff,          )
                                    )   ORDER OF DETENTION
        v.                          )
                                    )
JORGE PICHARDO,                     )
                                    )
                Defendant.          )
                                    )
_____)

        A warrant for Defendant's arrest for the alleged violation of conditions of pretrial

release having been issued by Magistrate Judge Peggy A. Leen of the United States District

Court for the District of Nevada, and the Court having conducted a hearing on the alleged

violation(s), the Court finds that there is clear and convincing evidence that the defendant

has violated any other condition of release, specifically the following:

        Drug-use and drug-testing conditions.

        and

        that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or

combination of conditions of release that will assure that the defendant will not flee or pose

a danger to the safety or any other person or the community; and/or that the defendant is

1  unlikely to abide by any condition or combination of conditions of release.

2       ~~This Order shall be stayed for 72 hours in order to allow the Government to seek~~

3  ~~review from the [assigned District Judge] [criminal duty District Judge].~~

4       IT IS THEREFORE ORDERED that the defendant be detained ~~prior to trial.~~

5  pending proceedings in District of Nevada

6  Dated: _____4-30-2015_____

7

8                                                        _____

9                                                        DOUGLAS F. McCORMICK
                                                          United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28